| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Ave<br>Vineland, NJ 08360<br>856-696-8300<br>856-696-3586<br>Attorney for Debtor(s) | |
| In Re:<br><br>Brian T. Booker<br>Mary Booker | Case No.:  __16-28921__<br><br>Judge:  __ABA__<br><br>Chapter:  __13__ |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION FOR RELIEF

The debtor in the above captioned chapter 13 proceeding hereby objects to the following

1. Motion for Relief from Stay
   By  __Steward Financial Services__ , creditor

2. I am objecting to the above for the following reasons:

We are not opposed to Adequate Protection Payments being paid to the creditor. We have previously reached out to the creditor to try and resolve through consent order, rather than a full plan modification.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 1/17/2017                               /s/ Brian T. Booker
                                              Debtor's Signature

Date: 1/17/2017                               /s/ Mary Booker
                                              Debtor's Signature