UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on February 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Brian T. Booker Sr. and Mary F. Booker

Case No.: 16-28921-ABA

Adv. No.:

Hearing Date: January 24, 2017

Judge: Altenburg

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND PROVIDING FOR ADEQUATE PROTECTION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 23, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

4823-9547-9616, v. 1

In light of the proof of claim filed by Steward Financial Services ("Steward") and to resolve Steward's motion for relief from the automatic stay as well as Steward's objection to confirmation, the plan is amended as follows:

1. Steward holds a secured claim in the sum of $11,415.88. The claim shall be paid in full by the Chapter 13 trustee, together with interest, for a total distribution to Steward on its secured claim by the Chapter 13 trustee of $13,151.40.

2. The Chapter 13 trustee shall make monthly adequate protection payments to Steward in the sum of $200.00 beginning as of November 2016 until such time as all administrative and priority claims have been paid in full. All such payments shall be applied to Steward's secured claim. Once all administrative and priority claims have been paid in full, the trustee will increase the monthly payments to Steward.

3. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees.

4. In the event the case confirms and there are insufficient funds on hand to completely pay all administrative expenses, then the creditor will receive adequate protection payments after confirmation so that the plan complies with 11 U.S.C. 1325, 1326, and 361.

5. Steward is awarded attorney fees of $350.00 and costs of $181.00 which shall be payable by the Chapter 13 Trustee as an administrative claim.

The undersigned consent to the entry of the foregoing order:

Stark & Stark, P.C.
Attorneys for Steward Financial Services

By: _____
John L. Laskey

_____
Seymour Wasserstrum
Attorney for the Debtors

4823-9547-9616, v. 1