| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

**Order Filed on February 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Brian T. Booker Sr. and Mary F. Booker

Case No.: 16-28921-ABA

Adv. No.:

Hearing Date: January 24, 2017

Judge: Altenburg

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND PROVIDING FOR ADEQUATE PROTECTION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 23, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

4823-9547-9616, v. 1

In light of the proof of claim filed by Steward Financial Services ("Steward") and to resolve Steward's motion for relief from the automatic stay as well as Steward's objection to confirmation, the plan is amended as follows:

1. Steward holds a secured claim in the sum of $11,415.88. The claim shall be paid in full by the Chapter 13 trustee, together with interest, for a total distribution to Steward on its secured claim by the Chapter 13 trustee of $13,151.40.

2. The Chapter 13 trustee shall make monthly adequate protection payments to Steward in the sum of $200.00 beginning as of November 2016 until such time as all administrative and priority claims have been paid in full. All such payments shall be applied to Steward's secured claim. Once all administrative and priority claims have been paid in full, the trustee will increase the monthly payments to Steward.

3. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees.

4. In the event the case confirms and there are insufficient funds on hand to completely pay all administrative expenses, then the creditor will receive adequate protection payments after confirmation so that the plan complies with 11 U.S.C. 1325, 1326, and 361.

5. Steward is awarded attorney fees of $350.00 and costs of $181.00 which shall be payable by the Chapter 13 Trustee as an administrative claim.

The undersigned consent to the entry of the foregoing order:

Stark & Stark, P.C.
Attorneys for Steward Financial Services

By: _____
John L. Laskey

_____
Seymour Wasserstrum
Attorney for the Debtors

4823-9547-9616, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Brian T. Booker, Sr.  
Mary F. Booker  
    Debtors

Case No. 16-28921-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin    Page 1 of 1    Date Rcvd: Feb 23, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.  
db/jdb        +Brian T. Booker,   Mary F. Booker,   134 Waton Mill Road,   Elmer, NJ 08318-2917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com  
       Seymour   Wasserstrum    on behalf of Debtor Brian T. Booker mylawyer7@aol.com,   ecf@seymourlaw.net  
       Seymour   Wasserstrum    on behalf of Joint Debtor Mary F. Booker mylawyer7@aol.com, ecf@seymourlaw.net  
                         TOTAL: 6