UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
43952 and 43959
Morton & Craig LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for National Auto Sales.
JM-5630

In Re:

BRIAN T. BOOKER
MARY F. BOOKER

Order Filed on April 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-28921 (ABA)

Adv. No.:

Hearing Date:

Judge: Hon. Andrew B. Altenburg, Jr.

## CONSENT ORDER FOR ARREARAGE CURE AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: April 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Brian and Mary Booker / 43952 and 43959
Case No: 16-28921 (ABA)
Consent Order for arrearage cure and stay relief under certain circumstances

Upon agreement between William E. Craig, Esq. attorney for National Auto Sales., and William Clunn, Esquire, attorney for the Debtors, for arrearage cure with National Auto Sales and under Bankruptcy Code section 362 for relief from the automatic stay under certain circumstances and for good cause shown;

ORDERED:
1. That National Auto Sales ("National Auto") is the holder of a first purchase money security interest encumbering a 1998 Dodge Ram 1500 bearing vehicle identification number 1B7HC16Y0WS725110.
2. That the debtors' account has arrears through March 2017 in the amount of $1,540.00 and the net loan balance for this account is $1,670.33.
    a. The debtors are to payoff the total loan amount of $1,670.33 by May 1, 2017 or National Auto Sales shall be entitled to immediate, self-executing stay relief and may repossess and sell said vehicle without further application to the court.
3. That National Auto Sales ("National Auto") is the holder of a first purchase money security interest encumbering a 2006 Nissan Altima bearing vehicle identification number 1N4AL11D26C164429.
4. That the debtors' account has arrears through March 2017 in the amount of $1,161.89 and the net loan balance for this account is $1,212.73.
    a. The debtors are to payoff the total loan amount of $1,212.73 by May 1, 2017 or National Auto Sales shall be entitled to immediate, self-executing stay relief and may repossess and sell said vehicle without further application to the court.
5. Once National Auto receives the full amount due on both vehicle loans; being $1,212.73 and $1,670.33 for a total of $2,883.06, the titles to both the 1998 Dodge Ram 1500 and 2006 Nissan Altima will be released to the debtors within two weeks.

(Page 2)
Debtor: Brian and Mary Booker / 43952 and 43959
Case No: 16-28921 (ABA)
Consent Order for arrearage cure and stay relief under certain circumstances

In the event this case converts to a case under any other chapter under the bankruptcy code, this Order shall be binding and applicable in that case and on any trustee appointed in that case.

Descriptions of Subject Personal Property
2006 Nissan Altima    /    1998 Dodge Ram 1500
Vehicle identification numbers
1N4AL11D26C164429    /    1B7HC16Y0WS725110

We hereby consent to the form and entry of the within Order:

_____
William E. Craig, Esq.
Attorney For National Auto Sales.

_____
William Clunn, Esq.
Attorney For Debtors, Brian and Mary Booker

_____  4/20/17
Isabel C. Balboa
Chapter 13 Trustee