| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum<br>LAW OFFICES OF SEYMOUR WASSERSTRUM<br>205 W. Landis Ave.<br>Vineland, NJ 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on October 24, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    **Mary F Booker** | Case No    **16-28921**<br>Chapter:    13<br>Adv. No.:    N/A<br>Hearing Date:  09/19/2017 @ 10:00 a.m.<br>Judge:    ABA |

**ORDER TO APPROVE LOAN MODIFICATION WITH OCWEN LOAN SERVICING LLC**

The relief set forth on the following pages, numbered three (3) is hereby ORDERED.

**DATED: October 24, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors: Mary F Booker**
**Case No: 16-28921/ABA**
**Caption of Order:** Order to Approve Loan Modification of Debtors with Select Portfolio Servicing Inc

Upon consideration of Mary F Booker application for an order to approve a loan modification with Select Portfolio Servicing Inc and good cause appearing therefore, it is hereby

**ORDERED** that the Debtors are permitted to proceed with a loan modification Select Portfolio Servicing Inc

**IT IS FURTHER ORDERED** Communication and/or negotiations between debtors and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against other in any subsequent litigation.

**IT IS FURTHER ORDERED** that in the event a loan modification is completed and pre-petition arrears are capitalized into the loan, secured creditor shall amend the arrearage portion of its proof of claim to reflect the amount already paid by the Chapter 13 Trustee within thirty (30) days of the completion of the loan modification; and

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not consummated; and

**IT IS FURTHER ORDERED** that in the event the modification is not consummated; the secured creditor shall notify the Trustee and debtors' attorney of same. Any money that was held by the Trustee pending the completion of the modification shall then be paid to secured

creditor; and

**(Page 3)**
**Debtors:** Mary F Booker
**Case No:** 16-28921/ABA
**Caption of Order:** Order to Approve Loan Modification of Debtors with Select Portfolio Servicing Inc

---

**IT IS FURTHER ORDERED** that in the event the Proof of Claim is withdrawn or amends the arrearage portion the claim to zero (0), the Trustee may disburse funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

**IT IS FURTHER ORDERED** that Debtors shall file an Amended Schedule J and Modified Plan within fourteen (14) days of this Order.

**IT IS FURTHER ORDERED** that Debtors shall provide the Trustee with an executed copy of the Loan Agreement upon completion.

United States Bankruptcy Court
District of New Jersey

In re:
Brian T. Booker, Sr.
Mary F. Booker
    Debtors

Case No. 16-28921-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Oct 24, 2017
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2017.
db/jdb       +Brian T. Booker,    Mary F. Booker,    134 Waton Mill Road,    Elmer, NJ 08318-2917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, as Trustee, as
           successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National
           Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
           jgould@stark-stark.com
          John R. Morton, Jr.    on behalf of Creditor    National Auto Sales ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Seymour Wasserstrum    on behalf of Debtor Brian T. Booker mylawyer7@aol.com,    ecf@seymourlaw.net
          Seymour Wasserstrum    on behalf of Joint Debtor Mary F. Booker mylawyer7@aol.com,
           ecf@seymourlaw.net
          William E. Craig    on behalf of Creditor    National Auto Sales mortoncraigecf@gmail.com,
           mortoncraigecf@gmail.com
                                                                                                                     TOTAL: 8