**Last revised: August 1, 2017**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____16-28921_____ |
| Brian and Mary Booker | Judge: _____ABA_____ |
| Debtor(s) | |

## Chapter 13 Plan and Motions

☐ Original   ☒ Modified/Notice Required   Date: _____11/20/17_____

☒ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __/s/ SW__   Initial Debtor: __/s/ BB__   Initial Co-Debtor: __/s/ MB__

**Part 1:   Payment and Length of Plan**

a. The debtor shall pay $ _____520.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____December 1, 2017_____ for approximately _____47_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒   Future earnings

☐   Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:
Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐   Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,960.00+ 300 fee app |
| DOMESTIC SUPPORT OBLIGATION | n/a | n/a |
| IRS | taxes | $2,099.05 |
| State of New Jersey | taxes | notice only |
| Stark and Stark | Admin Fees | $531.00 |

b.   Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

**Part 4:    Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Steward Financial Services | 2012 Dodge Caliber | $11,615.00 | $6,625.00 | None | $11,615.00 | 5% | $13,151.40 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Exeter Finance | 2012 Buick Lacrosse | $10,075.00 | $0.00 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

National Auto Sales--2006 Nissan Altima

Select Portfolio Service-- Arrears cured via loan modification. Debtor to maintain payments outside of the Plan.

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| State of New Jersey | Goods | $1,014.26 |
| IRS | Goods | $14,099.74 |

**Part 5:   Unsecured Claims ☒ NONE**

   a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

   ☒ Not less than $ _____0.00_____ to be distributed *pro rata*

   ☐ Not less than _____ percent

   ☐ *Pro Rata* distribution from any remaining funds

   b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:   Executory Contracts and Unexpired Leases ☒ NONE**

   (NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions** ☐ **NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☐ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Steward Financial | 2012 Dodge Caliber | $11,615.00 | $6,625.00 | $13,151.40 | $4,000.00 |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification** ☒ **NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: November 17, 2017                    .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| 1. To list Select Portfolio Services as unaffected by the Plan due to the arrears bring cured via a loan modification.<br>2. To list the debt with Exeter Finance as surrendered under 4 (E). | 1. To list Select Portfolio Services as unaffected by the Plan due to the arrears bring cured via a loan modification.<br>2. To list the debt with Exeter Finance as surrendered under 4 (E). |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 11/20/17                          /s/ Seymour Wasserstrum
                                        Attorney for the Debtor

Date: 11/20/17                          /s/ Brian Booker
                                        Debtor

Date: 11/20/17                          /s/ Mary Booker
                                        Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 11/20/17                                              /s/ Seymour Wasserstrum
                                                             Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 11/20/17                                              /s/ Brian Booker
                                                             Debtor

Date: 11/20/17                                              /s/ Mary Booker
                                                             Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-28921-ABA
Brian T. Booker, Sr.                                            Chapter 13
Mary F. Booker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Nov 20, 2017
                              Form ID: pdf901          Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
```
db/jdb      +Brian T. Booker,    Mary F. Booker,    134 Waton Mill Road,    Elmer, NJ 08318-2917
cr          +National Auto Sales,    123 South Delsea Drive,    Glassboro, NJ 08028-2604
516428083   +A 1 Collection,    2297 highway 33 suit 906,    Trenton, NJ 08690-1717
516428084    Achieve PT & Fitness LLC,    1940 SW Blvd Bld A,    Vineland, NJ 08360
516428086    Apex Asset Management,    1286 Carmichael Way,    Montgomery, AL 36106-3645
516428089   +Bureau Of Account Management,    3607 Rosemont Ave,    Camp Hill, PA 17011-6904
516428092  ++++CENTER FOR DIAGNOSTIC IMAGING,    1450 E CHESTNUT AVE STE 4C,    VINELAND NJ  08361-8469
             (address filed with court:  Center For Diagnostic Imaging,    1550 E. Chestnut Ave Ste 4c,
               Vineland, NJ 8361)
516428090   +Captial One,    PO Box 70884,    Charlotte, NC 28272-0884
516428091    Cashline.com,    PO Box 9833,    Oakland, CA 94613
516428094   +Cornelius Gaither DDS,    ATTN: AC Collections,    432 Ganttown Rd Ste 105,
              Sewell, NJ 08080-1895
516428095  ++ELMER FAMILY PRACTICE PC,    PO BOX 577,    ELMER NJ 08318-0577
             (address filed with court:  Elmer Family Practice,    330 West Front Street,    Elmer, NJ 8318)
516625640    Equity Trust Company,    Custodian FBO Account 0 IRA,    PO Box 16354,    Rochester, NY 14616-0354
516612035   +Exeter Finance Corp.,    P.O. Box 167399,    Irving, TX 75016-7399
516428097   +Fein ,Such Kahn & Shepard,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
516428099   +First Premier,    3820 N. Lousie Ave,    Sioux Falls, SD 57107-0145
516428102    Heather Anderson Esq,    25 Market Street, P.O. Box 080,    NJ Deputy Attorney General,
              Trenton, NJ 08625-0080
516428103    Homevisions,    1112 7th Ave,    Monroe, WI 53566-1364
516428106    IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516428104    Inspira Health,    P.O. Box 48274,    Newark, NJ 07101-8474
516428109    Jacob Bagley DDS,    ATTN: ACB receivables management,    Asbury Park, NJ 07712
516428111   +Montgomery Ward,    1112 7th Avenue,    Monroe, WI 53566-1364
516489542   +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516428112   +National Auto Sales,    123 S Delsea Drive,    Glassboro, NJ 08028-2604
516719988   +National Auto Sales,    Morton & Craig, LLC,    110 Marter Avenue, Suite 301,
              Moorestown, NJ 08057-3125
516428113    Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
              Trenton, NJ 08625-0112
516428115   +PMAB LLC,    4135 S Stream Blvd Ste,    Charlotte, NC 28217-4523
516428116   +Professional Med Adj Bur,    4135 S Stream Blvd Suite 400,    Charlotte, NC 28217-4636
516428117    QDC of Bridgeton LLC,    1117 State Highway 77,    Suite A,    Bridgeton, NJ 08302
516428118   +Quality Dental Care,    301 S Main Road,    Maintree Shopping Center,    Vineland, NJ 08360-7897
516428119    Regional Otolaryngology,    Po Box 48158,    Newark, NJ 07101-8358
516428122    SLM Financial,    PO Box 4400,    Wilkes-Barre, PA 18773-4400
516428126  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  State Of New Jersey,    P.O. Box 245,
               Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516428120   +Salem County Dist Court,    92 Market Street,    Salem, NJ 08079-1913
516428124    State Of New Jersey,    PO Box 951,    Dept Of Labor And Workforce Development,
              Trenton, NJ 08625-0951
516428125   +State Of New Jersey,    P.O. Box 445,    Department Of Treasury,    Trenton, NJ 08695-0445
516433724   +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
              Lawrenceville, NJ 08648-2316
516428128    Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
516428129   +The Memorial Hospital of Salem,    PO Box 1022,    Wixom, MI 48393-1022
516428130   +The Money Source,    PO Box 650094,    Dallas, TX 75265-0094
516499971   +The Swiss Colony,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
              Dallas, TX 75380-0849
516625643    U.S. Bank, National Association, as Trustee, et. C,    P.O. Box 65250,
              Salt Lake City, UT 84165-0250
516625641    U.S. Bank, National Association, as Trustee, et. e,    P.O. Box 65250,
              Salt Lake City, UT 84165-0250
516428132    Underwood Memorial Hospital,    155 Mid Atlantic Parkway,    Thorofare, NJ 08086
516428133   #+Verizon Wireless,    P.O. Box 26055,    Minneapolis, MN 55426-0055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2017 23:41:25      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2017 23:41:22      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516555520    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2017 00:17:48
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
516428088    E-mail/Text: bankruptcy@pepcoholdings.com Nov 20 2017 23:41:07
              Atlantic City Electric Company,    Pepco Holdings, Inc.,
              Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
              Carneys Point, NJ  08069-3600
```

```
District/off: 0312-1          User: admin              Page 2 of 3                  Date Rcvd: Nov 20, 2017
                              Form ID: pdf901          Total Noticed: 64


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516428093      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Nov 20 2017 23:41:55     Comcast,
                1500 Market Street,    Philadelphia, PA 19102-2107
516428096      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Nov 20 2017 23:54:39     Exeter Finance,
                PO Box 166097,    Irving, TX 75016-6097
516439489      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 20 2017 23:54:37     Exeter Finance Corp.,
                c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516428098       E-mail/Text: bnc-bluestem@quantum3group.com Nov 20 2017 23:42:00     Finger Hut,    PO Box 166,
                Newark, NJ 07101-0166
516428101      +E-mail/Text: traciw@fmfcu.org Nov 20 2017 23:41:15     Franklin Mint Federal Credit Union,
                Po Box 1907,    Media, PA 19063-8907
516428103       E-mail/Text: bankruptcy@sccompanies.com Nov 20 2017 23:42:21     Homevisions,    1112 7th Ave,
                Monroe, WI 53566-1364
516428107      +E-mail/Text: cio.bncmail@irs.gov Nov 20 2017 23:41:01     IRS,    1601 Market St,
                Philadelphia, PA 19103-2301
516428110       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 20 2017 23:41:38     Jefferson Capital,
                16 McLeland Rd,    Saint Cloud, MN 56303
516597701       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 20 2017 23:41:38     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
516428111      +E-mail/Text: bankruptcy@sccompanies.com Nov 20 2017 23:42:21     Montgomery Ward,
                1112 7th Avenue,    Monroe, WI 53566-1364
516428114      +E-mail/Text: ebn@vativrecovery.com Nov 20 2017 23:41:07     Palisades Collection,
                210 Sylvan Avenue,    Englewood, NJ 07632-2510
516446042       E-mail/Text: ebn@vativrecovery.com Nov 20 2017 23:41:07     Palisades Collections, LLC,
                VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                P.O. Box 40728,    Houston, TX 77240-0728
516595913      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 20 2017 23:41:39     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516428085       E-mail/PDF: cbp@onemainfinancial.com Nov 20 2017 23:54:29     American General Finance,
                600 N. Royal Ave,    Evansville, IN 44715
516428121      +E-mail/Text: jennifer.chacon@spservicing.com Nov 20 2017 23:42:20
                Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
516428123      +E-mail/Text: bankruptcy@sw-credit.com Nov 20 2017 23:41:25     Southwest Credit,
                4120 International Pkwy Suite 1100,    Carrollton, TX 75007-1958
516428127      +E-mail/Text: jchrist@stewardfs.com Nov 20 2017 23:41:29     Steward Financial Services,
                P.O. Box 39,    Maple Shade, NJ 08052-0039
516428128       E-mail/Text: bankruptcy@sccompanies.com Nov 20 2017 23:42:21     Swiss Colony,    1112 7th Ave,
                Monroe, WI 53566-1364
516437360       E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2017 23:55:40     Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516428131       Transworld Systems Inc,    Raritan Plaza II,    Edison, NJ 8837
516428134       ZC Sterling Insurance Agency,    PO BOx 51983,    CA 92819
cr*            +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
                Lawrenceville, NJ 08648-2316
516428087*      Apex Asset Management,    1286 Carmichael Way,    Montgomery, AL 36106-3645
516428100*     +First Premier,    3820 N. Lousie Ave,    Sioux Falls, SD 57107-0145
516428105*      IRS,    PO Box 744,    Springfield, NJ 07081-0744
516428108*     +Irs,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516625644*      U.S. Bank, National Association, as Trustee, et. C,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
516625642*      U.S. Bank, National Association, as Trustee, et. e,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                                   TOTALS: 2, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1          User: admin              Page 3 of 3               Date Rcvd: Nov 20, 2017
                              Form ID: pdf901          Total Noticed: 64
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, as Trustee, as
               successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National
               Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
               jgould@stark-stark.com
              John R. Morton, Jr.    on behalf of Creditor    National Auto Sales ecfmail@mortoncraig.com,
               mortoncraigcf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, National Association, as Trustee, as
               successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National
               Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Brian T. Booker mylawyer7@aol.com,    ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Joint Debtor Mary F. Booker mylawyer7@aol.com,
               ecf@seymourlaw.net
              William E. Craig    on behalf of Creditor    National Auto Sales mortoncraigcf@gmail.com,
               mortoncraigcf@gmail.com
                                                                                             TOTAL: 9
```