# Office of the Chapter 13 Standing Trustee

**Isabel C. Balboa, Chapter 13 Standing Trustee**†

*Jane L. McDonald, Counsel*  
*Raymond H. Shockley, Jr. Staff Attorney*  
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**  
*Jennie P. Archer\**  
*Jenai M. Cerquoni\**

*\*Certified Bankruptcy Assistant*  
†*Fellow, American College of Bankruptcy*

February 2, 2018

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:  Chapter 13 Bankruptcy  
      Debtor(s) Name:    Brian T. Booker, Sr. and Mary F. Booker  
      Case No:    16-28921   ABA  
      Hearing Date:    N/A

Dear Judge Altenburg:

Please accept this letter as a response to Debtor(s)' Motion/Application filed on January 26, 2018.

The Trustee wishes to correct Mr. Wasserstrum's Certification in Support of his supplemental fee. Mr. Wasserstrum's certification states that he has applied for fees (including original retainer) in the amount of $3,500.00 in this case and has been paid $0.00. However, pursuant to the attorney disclosure statement filed on October 3, 2016, prior to the filling of the statement, Mr. Wasserstrum received $540.00.

However, the Trustee does not oppose Mr. Wasserstrum's request for the amount of $800.00 in his current fee application.

As always, the Court is welcome to contact the Trustee with any questions.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*  
*STANDING TRUSTEE*

/s/ *Isabel C. Balboa*

**ISABEL C. BALBOA**  
Chapter 13 Standing Trustee

ICB:lka

c:  Seymour Wasserstrum, Esquire   (Debtor(s)' Counsel)   (via Electronic Case Filing / ECF)  
    Brian T. Booker, Sr. and Mary F. Booker   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:  
P.O. Box 1978  
Memphis, TN 38101-1978