| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum, Esq. SW2734<br>Law Offices of Seymour Wasserstrum<br>Attorney at Law<br>205 Landis Avenue<br>Vineland, NJ 08360<br>(856) 696-8300<br>Attorney for Debtors | Order Filed on May 29, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Brian T. Booker, Sr. and Mary F. Booker | Case No.:    16-28921<br><br>Chapter:    13<br><br>Adv. No.:    N/A<br><br>Hearing Date:    5/29/18 @ 10:00 a.m.<br><br>Judge:    ABA |

# ORDER AUTHORIZING DEBTORS TO OBTAIN FINANCING FOR A VEHICLE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: May 29, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor:** Brian T. Booker, Sr. and Mary F. Booker
**Case No:** 16-28921/ABA
**Caption of Order:** Authorizing Debtors to Obtain Financing for a Vehicle

---

Upon consideration of Brian T. Booker, Sr. and Mary F. Bookers' Motion for an Order authorizing Debtors to Obtain Financing for a Vehicle, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that Debtor be permitted to obtain financing for a 2010 Buick Enclave with the following terms:

| | | | |
|---|---|---|---|
| a. | Purchase Price: | | $8,300.00 |
| b. | Interest Rate: | | 17.99% |
| c. | Total Amount Borrowed: | | $7,882.43 |
| d. | Term of Financing: | | 60 months |
| e. | Monthly payment: | | $200.11 |