|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Seymour Wasserstrum, Esq. SW2734<br>Law Offices of Seymour Wasserstrum<br>Attorney at Law<br>205 Landis Avenue<br>Vineland, NJ 08360<br>(856) 696-8300<br>Attorney for Debtors |
| In Re:<br><br>    Brian T. Booker, Sr. and Mary F. Booker |

Order Filed on May 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    16-28921

Chapter:    13

Adv. No.:    N/A

Hearing Date:    5/29/18 @ 10:00 a.m.

Judge:    ABA

# ORDER AUTHORIZING DEBTORS TO OBTAIN FINANCING FOR A VEHICLE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: May 29, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
**Debtor:** Brian T. Booker, Sr. and Mary F. Booker
**Case No:** 16-28921/ABA
**Caption of Order:** Authorizing Debtors to Obtain Financing for a Vehicle

Upon consideration of Brian T. Booker, Sr. and Mary F. Bookers' Motion for an Order authorizing Debtors to Obtain Financing for a Vehicle, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that Debtor be permitted to obtain financing for a 2010 Buick Enclave with the following terms:

| | | |
|---|---|---|
| a. | Purchase Price: | $8,300.00 |
| b. | Interest Rate: | 17.99% |
| c. | Total Amount Borrowed: | $7,882.43 |
| d. | Term of Financing: | 60 months |
| e. | Monthly payment: | $200.11 |

United States Bankruptcy Court
District of New Jersey

In re:
Brian T. Booker, Sr.
Mary F. Booker
    Debtors

Case No. 16-28921-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 29, 2018
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.
db/jdb      +Brian T. Booker,   Mary F. Booker,   134 Waton Mill Road,   Elmer, NJ 08318-2917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com, mdepietro@stark-stark.com
         John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com, jgould@stark-stark.com
         John R. Morton, Jr.    on behalf of Creditor    National Auto Sales ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga rsolarz@kmllawgroup.com
         Seymour Wasserstrum    on behalf of Joint Debtor Mary F. Booker mylawyer7@aol.com, ecf@seymourlaw.net
         Seymour Wasserstrum    on behalf of Debtor Brian T. Booker mylawyer7@aol.com, ecf@seymourlaw.net
         William E. Craig    on behalf of Creditor    National Auto Sales mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                                                                      TOTAL: 10