UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

Order Filed on June 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Brian & Mary Booker

| | |
|---|---|
| Case No.: | 16-28921 |
| Chapter: | 13 |
| Hearing Date: | N/A |
| Judge: | JNP |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Brian & Mary Booker

Case No.: 16-28921/JNP

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $500.00 for services rendered and expenses in the amount of $34.78 for a total of $534.78. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtors' monthly plan payments increase $540.00 for the remaining 40 months commencing on July 1, 2018.