| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Brian T. Booker<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6952<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Mary F. Booker<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5879<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    16–28921–ABA | | |

# Order of Discharge                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian T. Booker                                             Mary F. Booker
aka Brian T. Booker

6/10/21                                                     **By the court:** Andrew B. Altenburg Jr.
                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Brian T. Booker, Sr.  
Mary F. Booker  
    Debtors

Case No. 16-28921-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Jun 10, 2021     Form ID: 3180W     Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian T. Booker, Mary F. Booker, 134 Waton Mill Road, Elmer, NJ 08318-2917 |
| 516428083 | + | A 1 Collection, 2297 highway 33 suit 906, Trenton, NJ 08690-1717 |
| 516428084 | | Achieve PT & Fitness LLC, 1940 SW Blvd Bld A, Vineland, NJ 08360 |
| 516428086 | | Apex Asset Management, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 516428089 | + | Bureau Of Account Management, 3607 Rosemont Ave, Camp Hill, PA 17011-6904 |
| 516428091 | | Cashline.com, PO Box 9833, Oakland, CA 94613 |
| 516428092 | + | Center For Diagnostic Imaging, 1550 E. Chestnut Ave Ste 4c, Vineland, NJ 08361 |
| 516428094 | + | Cornelius Gaither DDS, ATTN: AC Collections, 432 Ganttown Rd Ste 105, Sewell, NJ 08080-1895 |
| 516428095 | ++ | ELMER FAMILY PRACTICE PC, PO BOX 577, ELMER NJ 08318-0577 address filed with court:, Elmer Family Practice, 330 West Front Street, Elmer, NJ 8318 |
| 516625640 | | Equity Trust Company, Custodian FBO Account 0 IRA, PO Box 16354, Rochester, NY 14616-0354 |
| 516428097 | + | Fein ,Such Kahn & Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 516428102 | | Heather Anderson Esq, 25 Market Street, P.O. Box 080, NJ Deputy Attorney General, Trenton, NJ 08625-0080 |
| 516428104 | | Inspira Health, P.O. Box 48274, Newark, NJ 07101-8474 |
| 516428109 | | Jacob Bagley DDS, ATTN: ACB receivables management, Asbury Park, NJ 07712 |
| 516719988 | + | National Auto Sales, Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 516428113 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 516428117 | | QDC of Bridgeton LLC, 1117 State Highway 77, Suite A, Bridgeton, NJ 08302 |
| 516428118 | + | Quality Dental Care, 301 S Main Road, Maintree Shopping Center, Vineland, NJ 08360-7897 |
| 516428119 | | Regional Otolaryngology, Po Box 48158, Newark, NJ 07101-8358 |
| 516428126 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 516428120 | + | Salem County Dist Court, 92 Market Street, Salem, NJ 08079-1913 |
| 516428121 | + | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 516428125 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 516428124 | | State Of New Jersey, PO Box 951, Dept Of Labor And Workforce Development, Trenton, NJ 08625-0951 |
| 516433724 | + | Steward Financial Services, c/o Stark & Stark, 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| 516428129 | + | The Memorial Hospital of Salem, PO Box 1022, Wixom, MI 48393-1022 |
| 516428130 | + | The Money Source, PO Box 650094, Dallas, TX 75265-0094 |
| 516625643 | | U.S. Bank, National Association, as Trustee, et. C, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 516625641 | | U.S. Bank, National Association, as Trustee, et. e, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 516428132 | | Underwood Memorial Hospital, 155 Mid Atlantic Parkway, Thorofare, NJ 08086 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2021 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2021 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: nasales2@comcast.net | Jun 10 2021 21:07:00 | National Auto Sales, 123 South Delsea Drive, |

| District/off: 0312-1 | User: admin | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: 3180W | | Total Noticed: 67 |

| Recipient ID | Notice Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | Glassboro, NJ 08028 |
| 516555520 | EDI: AIS.COM | Jun 11 2021 00:28:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516428088 | Email/Text: bankruptcy@pepcoholdings.com | Jun 10 2021 21:08:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516428090 | + EDI: CAPITALONE.COM | Jun 11 2021 00:18:00 | Captial One, PO Box 70884, Charlotte, NC 28272-0884 |
| 516428093 | + EDI: COMCASTCBLCENT | Jun 11 2021 00:18:00 | Comcast, 1500 Market Street, Philadelphia, PA 19102-2107 |
| 516428096 | + Email/PDF: ais.exeter.ebn@americaninfosource.com | Jun 10 2021 21:04:35 | Exeter Finance, PO Box 166097, Irving, TX 75016-6097 |
| 516612035 | + Email/PDF: ais.exeter.ebn@americaninfosource.com | Jun 10 2021 21:03:27 | Exeter Finance Corp., P.O. Box 167399, Irving, TX 75016-7399 |
| 516439489 | + EDI: AISACG.COM | Jun 11 2021 00:18:00 | Exeter Finance Corp., c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 517335707 | + EDI: AISACG.COM | Jun 11 2021 00:18:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 516428101 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jun 10 2021 21:07:00 | Franklin Mint Federal Credit Union, Po Box 1907, Media, PA 19063 |
| 516428098 | EDI: BLUESTEM | Jun 11 2021 00:28:00 | Finger Hut, PO Box 166, Newark, NJ 07101-0166 |
| 516428099 | + EDI: AMINFOFP.COM | Jun 11 2021 00:18:00 | First Premier, 3820 N. Lousie Ave, Sioux Falls, SD 57107-0145 |
| 516428103 | EDI: CBS7AVE | Jun 11 2021 00:28:00 | Homevisions, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516428107 | + EDI: IRS.COM | Jun 11 2021 00:18:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 516428110 | EDI: JEFFERSONCAP.COM | Jun 11 2021 00:18:00 | Jefferson Capital, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 516597701 | EDI: JEFFERSONCAP.COM | Jun 11 2021 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516428111 | + EDI: CBS7AVE | Jun 11 2021 00:28:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516489542 | + EDI: CBS7AVE | Jun 11 2021 00:28:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516428112 | Email/Text: nasales2@comcast.net | Jun 10 2021 21:07:00 | National Auto Sales, 123 S Delsea Drive, Glassboro, NJ 8028 |
| 516428115 | + Email/Text: EBN_Waco@Receivemorermp.com | Jun 10 2021 21:09:00 | PMAB LLC, 4135 S Stream Blvd Ste, Charlotte, NC 28217-4636 |
| 516428114 | + Email/Text: ebn@vativrecovery.com | Jun 10 2021 21:08:00 | Palisades Collection, 210 Sylvan Avenue, Englewood, NJ 07632-2510 |
| 516446042 | Email/Text: ebn@vativrecovery.com | Jun 10 2021 21:08:00 | Palisades Collections, LLC, VATIV RECOVERY SOLUTIONS LLC, dba SMC, As agent for Palisades Collections, LLC, P.O. Box 40728, Houston, TX 77240-0728 |
| 516595913 | + EDI: JEFFERSONCAP.COM | Jun 11 2021 00:18:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516428116 | + Email/Text: EBN_Waco@Receivemorermp.com | Jun 10 2021 21:09:00 | Professional Med Adj Bur, 4135 S Stream Blvd Suite 400, Charlotte, NC 28217-4636 |

Case 16-28921-ABA  Doc 96  Filed 06/12/21  Entered 06/13/21 00:14:35  Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: 3180W | Total Noticed: 67 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516428122 | | EDI: NAVIENTFKASMSERV.COM | Jun 11 2021 00:18:00 | SLM Financial, PO Box 4400, Wilkes-Barre, PA 18773-4400 |
| 516428085 | | EDI: AGFINANCE.COM | Jun 11 2021 00:18:00 | American General Finance, 600 N. Royal Ave, Evansville, IN 44715 |
| 516428123 | + | EDI: SWCR.COM | Jun 11 2021 00:18:00 | Southwest Credit, 4120 International Pkwy Suite 1100, Carrollton, TX 75007-1958 |
| 516428127 | + | Email/Text: jchrist@stewardfs.com | Jun 10 2021 21:08:00 | Steward Financial Services, P.O. Box 39, Maple Shade, NJ 08052-0039 |
| 516428128 | | EDI: CBS7AVE | Jun 11 2021 00:28:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516437360 | | EDI: RMSC.COM | Jun 11 2021 00:18:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516499971 | + | EDI: CBS7AVE | Jun 11 2021 00:28:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516428133 | + | EDI: VERIZONCOMB.COM | Jun 11 2021 00:18:00 | Verizon Wireless, P.O. Box 26055, Minneapolis, MN 55426-0055 |
| 517964596 | + | EDI: AISACG.COM | Jun 11 2021 00:18:00 | Wollemi Acquisitions, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517969168 | + | EDI: AISACG.COM | Jun 11 2021 00:18:00 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118, Wollemi Acquisitions, LLC c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517969167 | + | EDI: AISACG.COM | Jun 11 2021 00:18:00 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516428131 | | Transworld Systems Inc, Raritan Plaza II, Edison, NJ 8837 |
| 516428134 | | ZC Sterling Insurance Agency, PO BOx 51983, CA 92819 |
| cr | *+ | Steward Financial Services, c/o Stark & Stark, 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| 516428087 | * | Apex Asset Management, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 517326732 | *+ | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016-7399 |
| 516428100 | *+ | First Premier, 3820 N. Lousie Ave, Sioux Falls, SD 57107-0145 |
| 516428106 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 7081 |
| 516428105 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 516428108 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 516625644 | * | U.S. Bank, National Association, as Trustee, et. C, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 516625642 | * | U.S. Bank, National Association, as Trustee, et. e, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 2 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 10, 2021 | Form ID: 3180W | Total Noticed: 67 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021　　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer D. Gould | on behalf of Creditor Steward Financial Services jgould@stark-stark.com mdepietro@stark-stark.com |
| John L. Laskey | on behalf of Creditor Steward Financial Services jlaskey@stark-stark.com jgould@stark-stark.com |
| John R. Morton, Jr. | on behalf of Creditor National Auto Sales ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortga rsolarz@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Joint Debtor Mary F. Booker mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| Seymour Wasserstrum | on behalf of Debtor Brian T. Booker mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| William E. Craig | on behalf of Creditor National Auto Sales mortoncraigecf@gmail.com mortoncraigecf@gmail.com |

TOTAL: 11